The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>SANTOS CARO,<br><br>              Defendant. | NO.   CR20-197 RAJ<br><br>ORDER DIRECTING MARSHALS TO TRANSPORT DEFENDANT SANTOS CARO |

THIS MATTER comes before the Court on Defendant Santos Caro's Unopposed Motion for an Order Directing the United States Marshals Service to Transport Defendant Santos Caro to the Western District of Washington. Having considered the motion, and the files and pleadings herein,

IT IS ORDERED that Defendant Santos Caro's Motion (Dkt. # 97) is GRANTED. The United States Marshals Service shall immediately transport Santos Caro to the Western District of Washington for his initial appearance hearing.

DATED this 23rd day of February, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1