HONORABLE RICHARD JONES

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SANTOS CARO,<br><br>　　　　　　　　Defendant. | Cause No. CR20-197 RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered Defendant Santos Caro's motion for a continuance of the trial and the pretrial motions due date. Defense Counsel has indicated that he requires additional time to consult with the Defendant, prepare for pretrial motions and prepare for trial. Based upon Defense Counsel's representation, the Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure that Defense Counsel has sufficient time for case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that Defendant's motion (Dkt. # 121) is GRANTED. The trial date in this matter is continued to October 18, 2021. All pretrial motions, including motions in limine, shall be filed no later than September 2, 2021.

IT IS FURTHER ORDERED that the period of time from the date of this Order through the new trial date of October 18, 2021, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

DATED this 13th day of April, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2