UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SANTOS CARO, <br><br> Defendant. | Cause No. 2:20-cr-00197-RAJ <br><br> ORDER SEALING EX PARTE MOTION FOR DOCUMENTS SUBPOENA |

This matter having come before the Court on motion of the Defendant above-named sealing the Motion of Documents Subpoena filed on June 21, 2021 and good cause appearing therefore;

IT IS HEREBY ORDERED that the Defendant's Motion for Documents Subpoenas filed on June 21, 2021, along with the supporting declaration and order may be filed *ex parte* and shall be filed with the Clerk of the Court under seal.

DATED this 22nd day of June, 2021.

Richard A Jones

The Honorable Richard A. Jones
United States District Judge

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818